IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

IN RE:                                          )
JIMMY AND DEBRA HODGES                          )    CASE NO. 16-60559
                                                )
                                                )
            DEBTOR(S)                           )

## AMENDED CHAPTER 13 PLAN

**COMES NOW** the Debtor, by and through her Attorney, Shari K. DeArmon, amends her Chapter 13 plan as follows:

1. Amends Paragraph 7 to change the EMA to Ally Financial from $500 to $485.

2. Amends Paragraph 8c to add Wells Fargo Financial Bank as a creditor with collateral of bed frame, mattress and foundation, at Chapter 13 interest rate with an EMA of $15.

And, further, that all other provisions of the previously confirmed plan be and remain the same.

_____
SHARI K. DeARMON, ATTORNEY FOR DEBTOR(S)

SHARI K. DeARMON
Attorney for Debtor(s)
1705 North Jefferson
Springfield, MO 65803
417/862-3706
Missouri Bar No. 36321

## CERTIFICATE OF SERVICE

Shari K. DeArmon does hereby certify that a true and correct copy of the foregoing document was served electronically on Richard Fink, Trustee and, in addition, a true and correct copy has been forwarded by U.S. Mail, postage prepaid, to all creditors listed on the mailing matrix on this 9/9/16.

_____
SHARI K. DeARMON